IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Franklin C. Smith , Plaintiff

v. Gerald Butler, Chief of Police & Bondsman And officers, Warden; & officer, Jasmie Smith on official Probation; & Sgt. Flemmons, & manager, Jason Prasad, And Sgt., Stancil, And County Commissioner; Bobbie Hollingsworth, And Bondsman Monopolizing The Bondsman Business , Defendant(s).

Jury Trial requested:
(please check one)
✓ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Franklin C. Smith; #25000154), 389 NW. Quinten St. Lake City, Florida, 32055.
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
✓ Other: *(Please explain)* Wrongful imprisonment caused by "Racial Profiling" from The LGBTQ Network that targeted President Donald Trump.

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Gerald Butler, Chief of Police, 225 NW. Main Boulevard,
(Name, job title, and complete mailing address)

Suite-102, Lake City, Florida, 32055.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain: Chief Butler is directly responsible for the training upon the defendant-officials under the respondeat superior theory causing the misuse and abuse of power while acting under color of state law.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: Robbie Hollingsworth, Commissioner & Bondsman at A-1 Bondsman,
(Name, job title, and complete mailing address)

Lake City, Florida. 32055, in collusion with Chief Butler.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain: Bondsman and Commissioner, Robbie Hollingsworth putting girls in a compromising position forcing them to perform oral sex after he bails them out constituting a state of servitude in violation of our thirteenth Amendment abolishing slavery, bondage and any kinds of state sponsored servitude.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: M. Waiden, offices of Lake City, Florida. 225 NW main
(Name, job title, and complete mailing address)

Boulevard, Suite-102, Lake City, Florida. 32055

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain: Racially profiled Plaintiff while acting under color of state law, targeting disabled Irish American citizens to re-recruit and convert Plaintiff into the [LGBTQ] Network operating under Kalama Harris's regime.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

C. **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

(CLAIM ONE:) "Racial Profiling" by Black officials upon (targeting) Irish American citizens due to the lack of or no training in the nature of mental illness violating and

(Claim one is asserted against these Defendant(s):) Committing Federal Civil Rights crimes depriving Plaintiff of his Guaranteed Protected Rights Pursuant To Our Fourteenth Amendment Due Process Clause, The right to travel Freely Without Governmental Interference orchestrated by the [LGBTQ] Network.

(Supporting facts:) On (Feb 1st 2025) officer Maiden, officer J. Smith, and Sgt. Memmons along with their all Black Informant System (Agent Provocateurs) targeted Plaintiff due to his Irish American Heritage in contrary to "Executive orders" to seek out "Illegal Immigrants" as part of Kamala Harris's regime grossly and recklessly disregarding executive orders with malice.

Due to the lack of or no training in the detection and nature of mental illness under chief Gerald Butler it encouraged bad conduct violating clearly established statutory and constitutional rights of which a reasonable person would have known dissolving the qualified immunity protection to the officers.

Such as, exercising an all black police unit upon a white disabled citizen of a regulatory discretion according to stereotyping Plaintiff as a member of the Caucasian race violates due process, as in the forbidden forms of racial profiling in arrest or detention of suspects constituting bias influenced from laws strickly burdening a Suspect Class. Even so, countless forms of dangerous bias persist in law, yet, all forms of presumption are also forms of bias. A Presumption in favor of finding acts (Probable Cause) by a police agency to be lawful is also in error; regardless if the stop detainment, or arrest was legitimate or not.

Upon information and belief and strong convincing inferences the arresting officers are connected to the [LGBTQ] Network misusing & abusing their power under color of State law to recruit and convert Plaintiff into the [LGBTQ] Network.

Notwithstanding, Plaintiff has a pending lawsuit against this Network pursuant to case No [5:19-cv-01035-XR] via Kroll Settlement Administration for $ 1,200,000 million dollars permeating within Direct Express defrauding and manipulating Disabled citizens, Veterans, and retired folks.

Whereas, the defendants Sgt. Stancil and Robbie Hollingsworth come from an exclusive group of officials operating under the [LGBTQ] Network in every aspect and requires an informant system of which is inherently destructive and dangerous complicit for killing Sgt Kinsee last year and officer, Victor Decker 15yrs ago covered up by this Network constituting Domestic and International Terrorism Allowing The central Intelligence Agency to oust and destroy the defendants

Sgt. Stancil is a proper defendant and casually connected to the arresting officers because he came in on his off day to meet officer Maiden (4) at intake on [Feb 1st 2025] with a conscious commitment to a common scheme to achieve an unlawful objective in collusion with Maiden to fabricate the police Affidavit by concealing the truth that it was officer Maiden who arrested Plaintiff and not officer, Jasmie Smith as fabricated on the police affidavit constituting "malfeasance in office".

And, violating Federal criminal statute Pur: §512] obstructing and altering an official proceeding, inter alia, utilizing out of state laws and statutes to enhance punishment violating The Separation of-

-Powers Doctrine, dangerously treading into Double Jeopardy, departing from our Constitutional Establishment without any concern of their consequences.

Defendant, Hollingsworth vindictively impedes Plaintiff's right to Due Process of Law by telling him to "Fuck off and die" while attempting to exercise his Bond rights at A-1 Bondsman hanging up on him. (March 15th, 2025) on a recorded line.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  √ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Cpl. N.B. Beavers, et al

Docket number and court: 2:17-cv-00336, MSD.

Claims raised: Cruel Punishment & Retaliation.

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Yes, see Appeal No. (18-7257).

Reasons for dismissal, if dismissed: Remanded to address the

Result on appeal, if appealed: Constitutional claims.

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

5

**G.   REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* Diversity Jurisdiction must be invoked due to "Extraordinary Circumstances" because The [LGBTQ] Network has permeated both The United States District Court in Jacksonville, and Tallahassee, Florida destroying Plaintiff's Civil Action Complaint mailed out on (Feb. 1st 2025). Because the [LGBTQ] Network exist in every aspect within our Civil & Criminal Justice System destroying legal documents, posting Plaintiff's movement in reprisal without any repercussions while shielded by their official capacity, even as to target our President of the United States of America; Donald Trump, and will continue to misuse & abuse their power positions upon any U.S. Citizen as well as Orchestrate Government officers ambushes like; Sgt. Kinnee and officer; Victor Becker, among many others not affiliated. Therefore; out of fundamental fairness in the best interest of our American girls & women the Court must call upon Agencies to Commence steps to dismantle [LGBTQ]. And, grant "A Cease and (Desist) (Order) Motion" to alleviate and deter to cease this Network from harassing and retaliating against Plaintiff while entering "A Directed Verdict" in Plaintiff's favor due to the Governmental Impediments by The [LGBTQ] operating within our Government Agencies. And award Plaintiff $300,000,000 million for the pain and suffering.

**H.   PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Franklin C. Smith_
(Plaintiff's signature)

_March 6th 2025_
(Date)

(Revised November 2022)



Columbia County Detention Facility
389 NW Quinten St.
Lake City, FL 32055

Legal Mail

ATTN:
Office of The Clerk,
United States District Court,
901-19th Street Room-A105,
Denver, Colorado, 80294-3589.

As Documentation Is very Essential